INTAKE COPY

# FILING FEE RECEIPT COPY

```
DUPLICATE

Court Name: TEXAS WESTERN
Division: 6
Receipt Number: W429354
Cashier ID: mcopp
Transaction Date: 08/02/2013
Payer Name: CULLAR AND MCLEOD LLP
----------------------------------
CIVIL FILING FEE
 For: E. MATTHEW BURCH
 Amount:        $400.00
----------------------------------
CHECK
 Remitter: CULLAR & MCLEOD LLP
 Check/Money Order Num: 9359
 Amt Tendered:  $400.00
----------------------------------
Total Due:      $400.00
Total Tendered: $400.00
Change Amt:     $0.00

CIVIL CASE FILING FEE FOR
D-TXW-6-13-CV-000237; CHECK PAID BY
CULLAR & MCLEOD LLP
```