# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| E. MATTHEW BURCH<br>    Plaintiff | § § § | |
| v. | § § | |
| CAMBER CORPORATION,<br>    Defendant. | § § § § § | Case No. 6:13-cv-00237-WSS |

## NOTICE OF APPEARANCE

Michael W. Fox, of the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., hereby enters his appearance on behalf of the Defendant, Camber Corporation, in the above-captioned matter.

Respectfully submitted this 23rd day of August, 2013.

                                                /s/ Michael W. Fox
                                              Michael W. Fox
Texas Bar No. 07335500
michael.fox@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.
301 Congress Avenue, Suite 1150
Austin, Texas 78701
Tel: 512.344.4700
Fax: 512.344.4701

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 23rd day of August, 2013, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Western District of Texas, using the electronic case file system of the court. The electronic case file system sent a "Notice of Electronic Filing" to the following CM/ECF participants:

R. John Cullar
Cullar & McLeod
Baylor Tower
801 Washington, Suite 500
Waco, Texas 76701


    /s/ Michael W. Fox
    Michael W. Fox

15765468.1