IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| E. MATTHEW BURCH | § § | |
| vs. | § § | CASE NO. W-13-CV-237 |
| CAMBER CORPORATION | § § | |

## ORDER

Came on to be considered the application of **J.R. Brooks** for permission to appear *pro hac vice* as counsel in the above-referenced criminal / civil action. Local Court Rule AT-1(f)(2) authorizes the collection of a $25.00 fee for each application for admission *pro hac vice* that is granted by the Court; Accordingly, it is

**ORDERED** that the application of **J.R. Brooks** for admission *pro hac vice* is hereby GRANTED. If said attorney has not submitted the required fee concurrently with the filing of this application, that attorney shall immediately transmit the $25.00 fee to the Clerk of this Court for deposit into the Non-Appropriated Fund Account. It is further

**ORDERED** that, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, attorneys admitted to practice *pro hac vice* must register as filing users within 10 days of this Order.

SIGNED this 23rd day of August, 2013.

_____
WALTER S. SMITH
UNITED STATES DISTRICT JUDGE