THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS,
WACO DIVISION

| | | |
|---|---|---|
| E. MATTHEW BURCH,<br>    Plaintiff | § § § | |
| v. | § § § | CIVIL ACTION NO. W-13-CV-0237-WSS |
| CAMBER CORPORATION,<br>    Defendant | § § | |

## NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT

1.   Plaintiff is E. Matthew Burch; defendant is Camber Corporation.

2.   Plaintiff sued defendant for violations of the Fair Labor Standards Act.

3.   Defendant served an unconditional offer of judgment, attached as Exhibit 1, on plaintiff on August 20, 2013, which is more than 14 days before the date this case is set for trial.

4.   As authorized by Federal Rule of Civil Procedure 68, plaintiff accepts defendant's offer of judgment and asks that the clerk enter judgment in accordance with the offer.

5.   Per Local Rule CV-7 and the offer of judgment, plaintiff will file an application for attorney's fees within 14 days of entry of judgment.

[Signature Block Follows]

Respectfully submitted,

**CULLAR & McLEOD, L.L.P.**
Baylor Tower
801 Washington Avenue, Suite. 500
Waco, Texas  76701
Phone: (254) 753-1991
Fax: (254) 753-0244
Email: jcullar@hot.rr.com

By:      /s/ John Cullar
         **R. JOHN CULLAR**
         STATE BAR No. 05208400

ATTORNEYS FOR PLAINTIFF


## CERTIFICATE OF SERVICE

This pleading was served on all counsel of record in compliance with the Federal Rules of Civil Procedure on this 30th day of August, 2013, via the Court's CM/ECF system.

         /s/ John Cullar
         R. JOHN CULLAR