THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS,
WACO DIVISION

| | | |
|---|---|---|
| E. MATTHEW BURCH,<br>    Plaintiff | § § § | |
| v. | § § | CIVIL ACTION NO. W-13-CV-0237-WSS |
| CAMBER CORPORATION,<br>    Defendant | § § § | |

## ORDER

Before the Court is Defendant's Motion to Dismiss Collective Action [Doc. 9]. After reviewing the motion and plaintiff's response [Doc. 11], the Court finds the motion is moot and should be denied.

It is, therefore, ORDERED that Defendant's Motion to Dismiss Collective Action is DENIED.

It is further ORDERED that the Clerk, in light of plaintiff's acceptance of the offer of judgment [Doc. 10], shall enter judgment pursuant to the offer of judgment and Federal Rule of Civil Procedure 68.

Signed this _____ day of _____, 2013.

_____
WALTER S. SMITH, JR.
UNITED STATES DISTRICT JUDGE