

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

WACO DIVISION

| | | |
|---|---|---|
| E. MATTHEW BURCH,<br>    Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. W-13-CV-237 |
| CAMBER CORPORATION,<br>    Defendant. | §<br>§<br>§ | |

ORDER

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant has made, and Plaintiff has accepted, an offer of judgment. Accordingly, it is

**ORDERED** that Judgment be entered in accordance with Defendant's offer, which awards Plaintiff the sum of $16,000.00 plus reasonable costs and attorney's fees. Plaintiff's application for attorney's fees, if not agreed upon by the parties, shall be submitted within 14 days of the date of this Order. It is further

**ORDERED** that Defendant's Motion to Dismiss Collective Action is **GRANTED** as these claims are now moot.

**SIGNED** this 23rd day of September, 2013.

WALTER S. SMITH, JR.
United States District Judge