

# IN THE UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF TEXAS

### WACO DIVISION

| | | |
|---|---|---|
| E. MATTHEW BURCH,<br>    Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. W-13-CV-237 |
| CAMBER CORPORATION,<br>    Defendant. | §<br>§<br>§ | |

## J U D G M E N T

In accordance with the Court's Order acknowledging Defendant's offer of judgment and Plaintiff's acceptance, the Court enters its Judgment as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff recover $16,000.00 from Defendant, plus reasonable costs and attorney's fees.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the collective action brought by Plaintiff is **DISMISSED** as moot.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that any relief not specifically granted in this Judgment is **DENIED**.

**SIGNED** this 23rd day of September, 2013.

_Walter S. Smith, Jr._
**WALTER S. SMITH, JR.**
**United States District Judge**