# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS,
# WACO DIVISION

| | | |
|---|---|---|
| E. MATTHEW BURCH, | § | |
|     Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. W-13-CV-0237-WSS |
| | § | |
| CAMBER CORPORATION, | § | |
|     Defendant | § | |

## SATISFACTION OF JUDGMENT

Plaintiff E. Matthew Burch acknowledges that the Judgment of this Court, dated September 23, 2013, has been satisfied in full, including payment of court costs and attorney's fees. Plaintiff further acknowledges and agrees that defendant does not owe plaintiff any additional amount of money arising from the judgment.

        Respectfully submitted,

**CULLAR & McLEOD, L.L.P.**
Baylor Tower
801 Washington Avenue, Suite. 500
Waco, Texas  76701
Phone: (254) 753-1991
Fax: (254) 753-0244
Email: jcullar@hot.rr.com


By:     /s/ John Cullar
      **R. JOHN CULLAR**
      STATE BAR No. 05208400

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

     This pleading was served on all counsel of record in compliance with the Federal Rules of Civil Procedure on this 8th day of October, 2013, via the Court's CM/ECF system.

                                      /s/ John Cullar
                                      R. JOHN CULLAR